May 14, 1969

Commonwealth v. Gibson, Appellant.

Submitted April 14, 1969. *Robert D. Douglass*, for appellant; *W. Thomas Malcolm*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The court below dismissed appellant's post-conviction petition which alleged only denial of the right to appeal from a guilty plea. It did not independently determine the legality of the sentence and voluntariness of the plea as required by *Commonwealth v. Walters*, 431 Pa. 74, n. 1 at 76, 244 A. 2d 757 n. (1968). Appellant shall be allowed to amend his petition, if possible, to allege specific, non-frivolous facts not controverted by the record and pertaining to

the sentence or plea which, if true, entitle him to relief. If such amendment is made, the necessary determination shall be made only after a full and fair evidentiary hearing on the facts alleged.

Accordingly, the order of the lower court is vacated and the record remanded for this determination.